COOK ET AL., APPELLANTS, v. NAVEAU ET AL., APPELLEES.

[Cite as Cook v. Naveau (1993), 66 Ohio St.3d 227.]

(Nos. 92–2343 and 92–2589—Submitted April 20, 1993—Decided April 28, 1993.)

Denmead & Maloney and Craig Denmead, for appellants.

Jacobson, Maynard, Tuschman & Kalur, Robert C. Maynard, Steven J. Hupp, Gregory C. Gibson and Karen L. Clouse, for appellee John J. Naveau, M.D.

Porter, Wright, Morris & Arthur and Maryellen Spirito, for appellee Truman F. Soudah, M.D.

*Crabbe, Brown, Jones, Potts & Schmidt, Steven A. Davis* and *Vincent J. Lodico,* for appellee G.E. Martinez, M.D.

*Lane, Alton & Horst* and *Thomas A. Dillon,* for appellee Mercer County Joint Township Community Hospital.

---

The judgment of the court of appeals is reversed on authority of *Rockey v. 84 Lumber Co.* (1993), 66 Ohio St.3d 221, 611 N.E.2d 789, and the cause is remanded to the trial court for a new trial.

MOYER, C.J., A.W. SWEENEY, DOUGLAS, WRIGHT, RESNICK, F.E. SWEENEY and PFEIFER, JJ., concur.